In re  **Robert Phillips,**  
**Linda Sue Bach**  
_____,  
Debtors

Case No. __11-44967__

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:  
(Check one box)  
■ 11 U.S.C. §522(b)(2)  
☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. _(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)_

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Residence Location: 15115 42nd Ave E Tacoma, WA 98446 | 11 U.S.C. § 522(d)(1) | 18,351.00 | 238,500.00 |
| (FMV Of $238,500 Is Based On A Zillow Estimate) | | | |
| Rental Property Location:17523 90th Ave Ct E Puyallup, WA 98375 (FMV Of $225,500 Is Based On A Zillow Estimate) | 11 U.S.C. § 522(d)(5) | 0.00 | 225,500.00 |
| **Cash on Hand** | | | |
| Cash | 11 U.S.C. § 522(d)(5) | 10.00 | 10.00 |
| Cash | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Sterling Savings Bank Health Savings #6357 | 11 U.S.C. § 522(d)(5) | 722.70 | 722.70 |
| Wells Fargo Checking #0493 | 11 U.S.C. § 522(d)(5) | 24.38 | 24.38 |
| BECU Checking #8304 | 11 U.S.C. § 522(d)(5) | 34.87 | 34.87 |
| BECU Savings #3209 | 11 U.S.C. § 522(d)(5) | 3.74 | 3.74 |
| BECU Savings #8297 | 11 U.S.C. § 522(d)(5) | 28.61 | 28.61 |
| Capital One Bank Money Market #8563 | 11 U.S.C. § 522(d)(5) | 18.05 | 18.05 |
| Capital One Bank Money Market #7479 | 11 U.S.C. § 522(d)(5) | 2.48 | 2.48 |
| Harborstone Credit Union Savings #0300 | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| Harborstone Credit Union Checking #0301 | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| Columbia Bank Savings #6430 | 11 U.S.C. § 522(d)(5) _Amended_ | 87.10 | 87.10 |
| Columbia Bank Checking #2662 | 11 U.S.C. § 522(d)(5) _Amended_ | 57.40 | 57.40 |
| **Household Goods and Furnishings** | | | |
| Household Goods | 11 U.S.C. § 522(d)(3) | 4,690.00 | 4,690.00 |
| 1 Television | 11 U.S.C. § 522(d)(3) | 350.00 | 350.00 |
| 1 Television | 11 U.S.C. § 522(d)(5) | 150.00 | 150.00 |
| 2 DVD Players | 11 U.S.C. § 522(d)(3) | 40.00 | 40.00 |

__2__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re  Robert Phillips,
       Linda Sue Bach
                                                                    Case No. __11-44967__
                                                   Debtors,

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 2 Clock Radios | 11 U.S.C. § 522(d)(3) | 15.00 | 15.00 |
| 1 Stereo | 11 U.S.C. § 522(d)(3) | 100.00 | 100.00 |
| 2 Computers | 11 U.S.C. § 522(d)(3) | 100.00 | 100.00 |
| 1 Laptop | 11 U.S.C. § 522(d)(3) | 100.00 | 100.00 |
| 1 Nintendo Wii | 11 U.S.C. § 522(d)(3) | 70.00 | 70.00 |
| 4 Video Games | 11 U.S.C. § 522(d)(3) | 20.00 | 20.00 |
| 22 Books | 11 U.S.C. § 522(d)(3) | 22.00 | 22.00 |
| **Wearing Apparel** <br> Clothing | 11 U.S.C. § 522(d)(3) | 120.00 | 120.00 |
| Children's Clothing | 11 U.S.C. § 522(d)(3) | 170.00 | 170.00 |
| **Furs and Jewelry** <br> 1 Wedding Ring | 11 U.S.C. § 522(d)(4) | 1,300.00 | 1,300.00 |
| 1 Wedding Band | 11 U.S.C. § 522(d)(4) | 250.00 | 250.00 |
| Costume Jewelry | 11 U.S.C. § 522(d)(4) | 20.00 | 20.00 |
| 2 Gold Chains | 11 U.S.C. § 522(d)(4) | 120.00 | 120.00 |
| 1 Pair Of Pearl Earrings | 11 U.S.C. § 522(d)(4) | 75.00 | 75.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** <br> 2 Golf Club Sets $500 <br> 4 Bowling Balls $75 <br> 1 Bowling Bag $40 <br> 2 Golf Bags $50 | 11 U.S.C. § 522(d)(3) | 675.00 | 675.00 |
| Camping Gear <br> 1 Stove <br> 1 Lantern | 11 U.S.C. § 522(d)(3) | 25.00 | 25.00 |
| **Interests in Insurance Policies** <br> ING Term Life Insurance Policy #8166 | 11 U.S.C. § 522(d)(7) | 0.00 | 0.00 |
| ING Term Life Insurance Policy #8168 | 11 U.S.C. § 522(d)(7) | 0.00 | 0.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** <br> R. Craig Swensen, DDS Profit Sharing Plan | 11 U.S.C. § 522(d)(12) | 34,060.05 | 34,060.05 |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re **Robert Phillips,**
     **Linda Sue Bach**

Case No. __11-44967__

Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2005 Lexus Gx 470<br>$20,650 Rough Trade In<br>$22,750 Average Trade In<br>$24,500 Clean Trade In<br>$28,500 Clean Retail | 11 U.S.C. § 522(d)(5) | 0.00 | 24,500.00 |
| 2006 Toyota Tacoma<br>$16,750 Rough Trade In<br>$17,950 Average Trade In<br>$18,900 Clean Trade In<br>$22,350 Clean Retail | 11 U.S.C. § 522(d)(5) | 10,862.00 | 18,900.00 |
| 1998 Toyota Tacoma<br>$4,325 Rough Trade In<br>$5,225 Average Trade In<br>$5,950 Clean Trade In<br>$8,400 Clean Retail | 11 U.S.C. § 522(d)(2)<br>11 U.S.C. § 522(d)(5) | 3,450.00<br>1,775.00 | 5,225.00 |
| 2004 Honda Civic<br>$6,250 Rough Trade In<br>$7,200 Average Trade In<br>$7,975 Clean Trade In<br>$10,300 Clean Retail | 11 U.S.C. § 522(d)(2)<br>11 U.S.C. § 522(d)(5) | 3,450.00<br>3,750.00 | 7,200.00 |
| **Animals**<br>1 Cat<br>1 Dog | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| | Total: | 85,099.38 | 563,286.38 |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Property Claimed as Exempt